IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHYHIRA JACKSON | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 25-4268 |
| | : | |
| TRIPLE CANOPY, INC., | : | |
| CONSTELLIS, LLC | : | |

## ORDER

**AND NOW**, this 13th day of March 2026, upon reviewing Plaintiff's Motion for Conditional Certification and Court-Supervised Notice (ECF 41), Defendants' Opposition (ECF 47), Plaintiff's Reply (ECF 51), for reasons detailed in today's accompanying Memorandum, and for good cause, it is **ORDERED** we **GRANT in part** Plaintiff's Motion (ECF 41) requiring we:

1.    **CONDITIONALLY CERTIFY** a Collective Action under the Fair Labor Standards Act subject to discovery on behalf of:

> **All persons employed by Triple Canopy, Inc. and/or Constellis, LLC at Naval Support Activity Philadelphia since March 13, 2023 in the position of Guard Level 1, Guard Level 2, Guard Level 3, Guard Specialist, Lieutenant, Corporal, Armed Protective Security Officer, or Armed Security Officer.**

2.    **APPROVE in part** the Plaintiff's proposed Notice of Collective Action Lawsuit (ECF 41-7) as modified consistent with today's Memorandum requiring expedited efforts at notice and requiring collective members file opt-in consents consistent with the proposed Notice by no later than **May 12, 2026**.

_____
**KEARNEY, J.**